IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDRE PITTS,                    )
                                )
     Petitioner,                )
                                )      CIVIL ACTION NO.
     v.                         )        2:16cv486-MHT
                                )           (WO)
UNITED STATES OF AMERICA,       )
                                )
     Respondent.                )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DEGREE of the court that petitioner Andre Pitts's motion to dismiss (doc. no. 15) is granted and that the petition for habeas relief (doc. no. 1) is denied without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of August, 2016.

                                              /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**